In the Matter of UDI EHUD YOHANAN, Appellant, v JOHN B. KING, as Commissioner of Education of the State of New York, et al., Respondents.

Decided May 8, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

In the Matter of ARC ON 4TH STREET INC., Respondent, v TONY QUESADA, Appellant.

Submitted April 7, 2014; decided May 13, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in Civil Court (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

---

BENJAMIN J. ASHMORE, SR., Appellant, v WILMA COHEN LEWIS, Respondent.

Decided May 13, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge LIPPMAN taking no part.